UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO MOSS, | : |
| | :  CIVIL ACTION NO. 3:20-0184 |
| Petitioner | : |
| | :  (JUDGE MANNION) |
| v. | : |
| A. BRADLEY, | : |
| | : |
| Respondent | : |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Moss' petition for writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241, is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: November 9, 2022
20-0184-01-Order